# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Pratter, Gene E. | U.S. District Court, E.D. Pa. | 04/11/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Active | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

7614 United States Courthouse
Sixth & Market Streets
Philadelphia, PA 19106-1752

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Co-Trustee | Trust #1 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pratter, Gene E. | 04/11/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2013 | University of Pennsylvania Law School (Adjunct Professor) | $10,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2013 | Duane Morris LLC (Attorney) |
| 2. 2013 | Cohen, Placitella & Roth PC (Attorney) |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Florida Bar Association | April 5-6, 2013 | Duck Key, FL | Federal Labor and Employment Law Seminar (Speaker) | Transportation, lodging, meals |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pratter, Gene E. | 04/11/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Bank of America | Credit Card | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pratter, Gene E. | 04/11/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Adams Harkness Small Growth - Retirement #5 | A | Dividend | J | T | | | | | |
| 2. DFA US Small Cap Value - Retirement #5 | A | Dividend | J | T | | | | | |
| 3. DFA US Large Cap Value - Retirement #5 | A | Dividend | K | T | | | | | |
| 4. Federated US Gov't Ultrashort - Retirement #5 | A | Dividend | K | T | | | | | |
| 5. First Eagle Overseas - Retirement #5 | B | Dividend | K | T | | | | | |
| 6. Janus Fund - Retirement #5 | A | Dividend | J | T | | | | | |
| 7. Janus Overseas - Retirement #5 | A | Dividend | J | T | | | | | |
| 8. Schwab Money Market - Retirement #5 | A | Dividend | J | T | | | | | |
| 9. Westcore MIDCO Growth - Retirement #5 | B | Dividend | J | T | | | | | |
| 10. William Blair Int'l Small Growth - Retirement #5 | A | Dividend | J | T | | | | | |
| 11. Federated Gov't Ultrashort - Retirement #6 | A | Dividend | K | T | | | | | |
| 12. Baron Growth - Retirement #6 | A | Dividend | J | T | | | | | |
| 13. First Eagle Overseas - Retirement #6 | A | Dividend | J | T | | | | | |
| 14. Royce Opportunity -Retirement #6 | B | Dividend | J | T | | | | | |
| 15. Schwab Money Market - Retirement #6 | A | Dividend | J | T | | | | | |
| 16. Janus Overseas - Retirement #6 | A | Dividend | J | T | | | | | |
| 17. Janus Fund - Retirement #6 | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Third Avenue Int'l Value - Retirement #6 | A | Dividend | J | T | | | | | |
| 19. Baron Growth - Retirement #7 | B | Dividend | L | T | Sold (part) | 10/17/13 | K | D | |
| 20. Baron Growth - Retirement #7 | | None | | | Sold (part) | 12/17/13 | K | E | |
| 21. DFA US Micro Cap - Retirement #7 | C | Dividend | L | T | Sold (part) | 12/17/13 | J | C | |
| 22. DFA Emerging Markets Core Equity - Retirement #7 | B | Dividend | L | T | Buy (add'l) | 07/12/13 | J | | |
| 23. DFA International Small Value - Retirement #7 | C | Dividend | L | T | | | | | |
| 24. DFA International Value - Retirement #7 | C | Dividend | M | T | | | | | |
| 25. DFA One Year Fixed - Retirement #7 | B | Dividend | N | T | | | | | |
| 26. DFA US Small Cap Value - Retirement #7 | D | Dividend | L | T | Sold (part) | 07/12/13 | J | B | |
| 27. DFA US Small Cap Value - Retirement #7 | | None | | | Sold (part) | 12/17/13 | K | D | |
| 28. DFA US Large Cap Value - Retirement #7 | C | Dividend | M | T | Sold (part) | 07/12/13 | J | B | |
| 29. DFA US Large Cap Value - Retirement #7 | | None | | | Sold (part) | 12/17/13 | K | D | |
| 30. Dodge & Cox Stock - Retirement #7 | B | Dividend | L | T | Sold (part) | 07/01/13 | J | B | |
| 31. Federated Gov't Ultrashort - Retirement #7 | A | Dividend | N | T | | | | | |
| 32. First Eagle Overseas - Retirement #7 | C | Dividend | L | T | | | | | |
| 33. Hotchkis & Wiley Mid Cap Value - Retirement #7 | A | Dividend | M | T | Sold (part) | 07/12/13 | J | D | |
| 34. Hotchkis & Wiley Mid Cap Value - Retirement #7 | | None | | | Sold (part) | 12/17/13 | J | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pratter, Gene E. | 04/11/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Morgan Stanley International Equity - Retirement #7 | C | Dividend | M | T | | | | | |
| 36. Morgan Stanley Emerging Markets - Retirement #7 | C | Dividend | L | T | Buy (add'l) | 07/12/13 | J | | |
| 37. Morgan Stanley Emerging Markets - Retirement #7 | | None | | | Buy (add'l) | 10/17/13 | J | | |
| 38. Royce Opportunity - Retirement #7 | D | Dividend | L | T | Sold (part) | 12/17/13 | K | D | |
| 39. Schwab Money Market - Retirement #7 | A | Dividend | K | T | | | | | |
| 40. Westcore Intl Small Cap - Retirement #7 | B | Dividend | M | T | Sold (part) | 12/17/13 | J | D | |
| 41. Westcore Mid Cap Value - Retirement #7 | B | Dividend | L | T | | | | | |
| 42. Westcore MIDCO Growth - Retirement #7 | E | Dividend | L | T | | | | | |
| 43. William Blair International Growth - Retirement #7 | B | Dividend | M | T | | | | | |
| 44. Janus Fund - Retirement #7 | A | Dividend | L | T | | | | | |
| 45. Janus Overseas - Retirement #7 | C | Dividend | L | T | Buy (add'l) | 07/12/13 | J | | |
| 46. Hotchkis & Wiley Large Cap Value - Retirement #7 | B | Dividend | L | T | Sold (part) | 12/17/13 | J | B | |
| 47. Third Avenue International Value - Retirement #7 | B | Dividend | M | T | | | | | |
| 48. Turner Large Growth - Retirement #7 | | None | | | Sold | 11/04/13 | L | D | |
| 49. William Blair Large Growth - Retirement #7 | D | Dividend | M | T | Sold (part) | 12/17/13 | J | C | |
| 50. Adams Harkness Small Growth - Retirement #7 | C | Dividend | L | T | Sold (part) | 12/17/13 | K | D | |
| 51. William Blair Int'l Small Growth - Retirement #7 | C | Dividend | L | T | Buy (add'l) | 10/17/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pratter, Gene E. | 04/11/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. William Blair Int'l Small Growth - Retirement #7 | | None | | | Sold (part) | 12/17/13 | K | A | |
| 53. Metropolitan West Total Return - Retirement #7 | D | Dividend | N | T | | | | | |
| 54. BlackRock Low Duration - Retirement #7 | D | Dividend | N | T | Buy (add'l) | 12/17/13 | K | | |
| 55. Thornburg International Value - Retirement #7 | B | Dividend | L | T | | | | | |
| 56. Ivy Mid Cap Growth - Retirement #7 | C | Dividend | L | T | | | | | |
| 57. William Blair Mid Cap Growth - Retirement #7 | D | Dividend | L | T | | | | | |
| 58. DFA Global Real Estate - Retirement #7 | C | Dividend | L | T | | | | | |
| 59. RS Global Natural Resources - Retirement #7 | B | Dividend | L | T | Buy (add'l) | 07/12/13 | J | | |
| 60. EII Global Property - Retirement #7 | B | Dividend | L | T | Buy (add'l) | 10/17/13 | J | | |
| 61. MainGate MLP - Retirement #7 | D | Dividend | M | T | Buy (add'l) | 10/17/13 | J | | |
| 62. MainStay Marketfield - Retirement #7 | A | Dividend | L | T | Buy | 11/04/13 | L | | |
| 63. William Blair Small Growth - Retirement #7 | D | Dividend | K | T | Buy | 12/17/13 | K | | |
| 64. Morgan Stanley AIP - Retirement #7 | | None | M | T | Buy | 12/27/13 | M | | |
| 65. Schwab Money Market - Trust #1 | A | Dividend | J | T | | | | | |
| 66. Dodge & Cox Stock - Trust #1 | A | Dividend | K | T | | | | | |
| 67. Baron Growth - Trust #1 | A | Dividend | K | T | | | | | |
| 68. Federated Short Term Muni - Trust #1 | A | Dividend | K | T | Buy (add'l) | 10/17/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pratter, Gene E. | 04/11/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. First Eagle Overseas - Trust #1 | B | Dividend | K | T | | | | | |
| 70. Hotchkis & Wiley Large Cap Value - Trust #1 | A | Dividend | J | T | | | | | |
| 71. Hotchkis & Wiley Mid Cap Value - Trust #1 | A | Dividend | K | T | Sold (part) | 10/17/13 | J | B | |
| 72. Janus Fund - Trust #1 | A | Dividend | K | T | | | | | |
| 73. Janus Overseas - Trust #1 | B | Dividend | K | T | | | | | |
| 74. Morgan Stanley International Equity - Trust #1 | A | Dividend | K | T | | | | | |
| 75. Morgan Stanley Emerging Markets - Trust #1 | B | Dividend | K | T | Buy (add'l) | 10/17/13 | J | | |
| 76. Royce Opportunity - Trust #1 | C | Dividend | K | T | | | | | |
| 77. Turner Large Growth - Trust #1 | | None | | | Sold | 11/04/13 | K | B | |
| 78. Westcore Mid Cap Value - Trust #1 | A | Dividend | K | T | | | | | |
| 79. Westcore MIDCO Growth - Trust #1 | D | Dividend | K | T | Sold (part) | 10/17/13 | J | A | |
| 80. DFA Tax Managed Marketwide Value - Trust #1 | A | Dividend | K | T | Sold (part) | 10/17/13 | J | B | |
| 81. DFA US Micro Cap - Trust #1 | A | Dividend | J | T | Sold (part) | 10/17/13 | J | B | |
| 82. Third Avenue International Value - Trust #1 | A | Dividend | K | T | | | | | |
| 83. Westcore Intl Small Cap - Trust #1 | A | Dividend | K | T | | | | | |
| 84. DFA Int'l Value - Trust #1 | A | Dividend | K | T | | | | | |
| 85. DFA US Small Value - Trust #1 | B | Dividend | K | T | Sold (part) | 10/17/13 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pratter, Gene E. | 04/11/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. William Blair Mid Growth - Trust #1 | B | Dividend | K | T | | | | | |
| 87. DFA Short Term Muni - Trust #1 | A | Dividend | K | T | Buy (add'l) | 10/17/13 | J | | |
| 88. Metropolitan West Total Return - Trust #1 | A | Dividend | K | T | | | | | |
| 89. Thornburg International Value - Trust #1 | A | Dividend | K | T | | | | | |
| 90. William Blair Small Cap Growth - Trust #1 | B | Dividend | J | T | Sold (part) | 10/17/13 | J | A | |
| 91. DFA Global Real Estate - Trust #1 | A | Dividend | J | T | | | | | |
| 92. EII Global Property - Trust #1 | A | Dividend | K | T | Buy (add'l) | 10/17/13 | J | | |
| 93. MainGate MLP - Trust #1 | B | Dividend | K | T | Buy (add'l) | 10/17/13 | J | | |
| 94. RS Global Resources - Trust #1 | A | Dividend | J | T | | | | | |
| 95. MainStay Marketfield - Trust #1 | A | Dividend | K | T | Buy | 11/04/13 | K | | |
| 96. Baron Growth - Brokerage #1 | A | Dividend | J | T | Sold (part) | 04/02/13 | J | B | |
| 97. DFA Tax Mgd US Marketwide Value - Brokerage #1 | A | Dividend | K | T | Sold (part) | 04/02/13 | J | B | |
| 98. DFA Tax Mgd US Marketwide Value - Brokerage #1 | | None | | | Sold (part) | 07/01/13 | J | B | |
| 99. DFA US Small Value - Brokerage #1 | A | Dividend | J | T | Sold (part) | 05/14/13 | J | B | |
| 100. DFA Emerging Markets Core Equity - Brokerage #1 | A | Dividend | K | T | | | | | |
| 101. DFA Tax Mgd International Value - Brokerage #1 | A | Dividend | K | T | Sold (part) | 02/05/13 | J | A | |
| 102. DFA Tax Mgd International Value - Brokerage #1 | | None | | | Sold (part) | 09/05/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pratter, Gene E. | 04/11/2014 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  East River Bank Stock - Brokerage #1 | | None | K | U | | | | | |
| 104.  Federated Short Term Muni - Brokerage #1 | A | Dividend | L | T | | | | | |
| 105.  First Eagle Overseas - Brokerage #1 | A | Dividend | J | T | | | | | |
| 106.  Janus Fund - Brokerage #1 | A | Dividend | K | T | Sold (part) | 05/14/13 | J | B | |
| 107.  Janus Overseas - Brokerage #1 | A | Dividend | J | T | | | | | |
| 108.  Morgan Stanley International Equity - Brokerage #1 | A | Dividend | J | T | Sold (part) | 11/27/13 | J | B | |
| 109.  Schwab Money Market - Brokerage #1 | A | Dividend | J | T | | | | | |
| 110.  Westcore MIDCO Growth - Brokerage #1 | C | Dividend | J | T | Sold (part) | 02/05/13 | J | A | |
| 111.  Westcore MIDCO Growth - Brokerage #1 | | None | | | Sold (part) | 05/14/13 | J | A | |
| 112.  Hotchkis & Wiley Large Cap Value - Brokerage #1 | A | Dividend | J | T | Sold (part) | 11/27/13 | J | B | |
| 113.  Hotchkis & Wiley Mid Cap Value - Brokerage #1 | A | Dividend | K | T | Sold (part) | 01/16/13 | J | B | |
| 114.  Hotchkis & Wiley Mid Cap Value - Brokerage #1 | | None | | | Sold (part) | 07/01/13 | J | B | |
| 115.  Third Avenue International Value - Brokerage #1 | A | Dividend | J | T | | | | | |
| 116.  Thornburg Int'l Value - Brokerage #1 | A | Dividend | J | T | Sold (part) | 05/14/13 | J | A | |
| 117.  William Blair Int'l Small Growth - Brokerage #1 | A | Dividend | J | T | Sold (part) | 01/16/13 | J | A | |
| 118.  William Blair Int'l Small Growth - Brokerage #1 | | None | | | Sold (part) | 04/02/13 | J | A | |
| 119.  William Blair Large Growth - Brokerage #1 | B | Dividend | K | T | Sold (part) | 02/05/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$50,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pratter, Gene E. | 04/11/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

[ ]  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. William Blair Large Growth - Brokerage #1 | | None | | | Sold (part) | 11/27/13 | J | B | |
| 121. William Blair Mid Cap Growth - Brokerage #1 | A | Dividend | J | T | Sold (part) | 11/27/13 | J | B | |
| 122. William Blair Small Cap Growth - Brokerage #1 | B | Dividend | J | T | Sold (part) | 11/27/13 | J | B | |
| 123. Westcore Mid Cap Value - Brokerage #1 | A | Dividend | J | T | Sold (part) | 02/05/13 | J | A | |
| 124. Westcore Mid Cap Value - Brokerage #1 | | None | | | Sold (part) | 04/02/13 | J | A | |
| 125. DFA Int'l Small Value - Brokerage #1 | A | Dividend | J | T | Sold (part) | 09/05/13 | J | A | |
| 126. DFA Short Term Muni - Brokerage #1 | A | Dividend | K | T | Sold (part) | 02/15/13 | J | A | |
| 127. Metropolitan West Total Return - Brokerage #1 | B | Dividend | K | T | Sold (part) | 04/02/13 | J | A | |
| 128. William Blair Int'l Growth - Brokerage #1 | A | Dividend | J | T | Sold (part) | 01/16/13 | J | A | |
| 129. Thornburg Limited Term Municipal - Brokerage #1 | B | Dividend | L | T | Sold (part) | 05/14/13 | J | A | |
| 130. Thornburg Limited Term Municipal - Brokerage #1 | | None | | | Sold (part) | 07/01/13 | J | A | |
| 131. DFA Global Real Estate - Brokerage #1 | A | Dividend | K | T | Sold (part) | 04/02/13 | J | A | |
| 132. Dodge & Cox Stock - Brokerage #1 | A | Dividend | J | T | Sold (part) | 02/05/13 | J | A | |
| 133. MainGate MLP - Brokerage #1 | B | Dividend | K | T | Sold (part) | 02/05/13 | J | A | |
| 134. MainGate MLP - Brokerage #1 | | None | | | Sold (part) | 05/14/13 | J | A | |
| 135. RS Global Resources - Brokerage #1 | A | Dividend | J | T | Sold (part) | 04/02/13 | J | A | |
| 136. Royce Opportunity - Brokerage #1 | B | Dividend | J | T | Sold (part) | 04/02/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pratter, Gene E. | 04/11/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Royce Opportunity - Brokerage #1 | | None | | | Sold (part) | 11/27/13 | J | A | |
| 138. DFA US Micro Cap - Brokerage #1 | A | Dividend | J | T | Sold (part) | 07/01/13 | J | A | |
| 139. Baron Growth - Brokerage #2 | A | Dividend | K | T | Sold (part) | 09/05/13 | J | B | |
| 140. DFA US Micro Cap - Brokerage #2 | A | Dividend | J | T | | | | | |
| 141. DFA Tax Mgd Marketwide Value - Brokerage #2 | A | Dividend | K | T | Sold (part) | 09/05/13 | J | B | |
| 142. DFA US Small Value - Brokerage #2 | A | Dividend | K | T | | | | | |
| 143. DFA Tax Mgd Int'l Value - Brokerage #2 | A | Dividend | K | T | | | | | |
| 144. Dodge & Cox Stock - Brokerage #2 | A | Dividend | J | T | | | | | |
| 145. Federated Short Term Muni - Brokerage #2 | B | Dividend | L | T | | | | | |
| 146. First Eagle Overseas - Brokerage #2 | A | Dividend | J | T | | | | | |
| 147. Hotchkis & Wiley Large Cap Value - Brokerage #2 | A | Dividend | J | T | | | | | |
| 148. Hotchkis & Wiley Mid Cap Value - Brokerage #2 | A | Dividend | K | T | Sold (part) | 09/05/13 | J | B | |
| 149. Janus Fund - Brokerage #2 | A | Dividend | K | T | | | | | |
| 150. Janus Overseas - Brokerage #2 | A | Dividend | K | T | | | | | |
| 151. Morgan Stanley International Equity - Brokerage #2 | A | Dividend | J | T | | | | | |
| 152. Morgan Stanley Emerging Markets - Brokerage #2 | A | Dividend | K | T | | | | | |
| 153. Royce Opportunity - Brokerage #2 | B | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,000 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pratter, Gene E. | 04/11/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  Schwab Money Market - Brokerage #2 | A | Dividend | J | T | | | | | |
| 155.  Third Avenue International Value - Brokerage #2 | A | Dividend | K | T | Sold (part) | 09/05/13 | J | A | |
| 156.  Turner Large Growth - Brokerage #2 | | None | | | Sold | 11/04/13 | K | A | |
| 157.  Westcore Mid Cap Value - Brokerage #2 | A | Dividend | J | T | | | | | |
| 158.  Westcore MIDCO Growth - Brokerage #2 | D | Dividend | K | T | | | | | |
| 159.  Westcore International Small Cap - Brokerage #2 | A | Dividend | K | T | | | | | |
| 160.  Metropolitan West Total Return - Brokerage #2 | B | Dividend | K | T | | | | | |
| 161.  Thornburg Int'l Value - Brokerage #2 | A | Dividend | J | T | | | | | |
| 162.  DFA Short Term Muni - Brokerage #2 | A | Dividend | L | T | | | | | |
| 163.  DFA Global Real Estate - Brokerage #2 | A | Dividend | K | T | | | | | |
| 164.  MainGate MLP - Brokerage #2 | A | Dividend | K | T | | | | | |
| 165.  RS Global Resources - Brokerage #2 | A | Dividend | J | T | | | | | |
| 166.  MainStay Marketfield - Brokerage #2 | A | Dividend | K | T | Buy | 11/04/13 | J | | |
| 167.  DFA One Year Fixed - Retirement #8 | A | Dividend | M | T | | | | | |
| 168.  Federated Gov't Ultrashort - Retirement #8 | A | Dividend | M | T | Buy (add'l) | 10/17/13 | J | | |
| 169.  Adams Harkness Small Growth - Retirement #8 | B | Dividend | K | T | | | | | |
| 170.  Baron Growth - Retirement #8 | B | Dividend | K | T | Sold (part) | 12/17/13 | K | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pratter, Gene E. | 04/11/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. DFA Emerging Markets Core Equity - Retirement #8 | A | Dividend | L | T | Buy (add'l) | 07/12/13 | J | | |
| 172. DFA International Value - Retirement #8 | C | Dividend | M | T | | | | | |
| 173. DFA US Large Value - Retirement #8 | B | Dividend | L | T | Sold (part) | 12/17/13 | K | D | |
| 174. DFA US Small Value - Retirement #8 | C | Dividend | L | T | Sold (part) | 12/17/13 | K | C | |
| 175. DFA US Micro Cap - Retirement #8 | B | Dividend | K | T | Sold (part) | 12/17/13 | J | B | |
| 176. Dodge & Cox Stock - Retirement #8 | A | Dividend | L | T | | | | | |
| 177. DFA Int'l Small Cap Value - Retirement #8 | B | Dividend | L | T | | | | | |
| 178. First Eagle Overseas - Retirement #8 | C | Dividend | K | T | | | | | |
| 179. Hotchkis & Wiley Large Cap Value - Retirement #8 | A | Dividend | L | T | Sold (part) | 07/12/13 | J | A | |
| 180. Hotchkis & Wiley Mid Cap Value - Retirement #8 | A | Dividend | M | T | Sold (part) | 07/12/13 | J | B | |
| 181. Hotchkis & Wiley Mid Cap Value - Retirement #8 | | None | | | Sold (part) | 12/17/13 | J | B | |
| 182. Janus Fund - Retirement #8 | A | Dividend | L | T | | | | | |
| 183. Janus Overseas - Retirement #8 | B | Dividend | K | T | Buy (add'l) | 07/12/13 | J | | |
| 184. Morgan Stanley Emerging Markets - Retirement #8 | B | Dividend | K | T | Buy (add'l) | 07/12/13 | J | | |
| 185. Morgan Stanley International Equity - Retirement #8 | B | Dividend | M | T | Sold (part) | 12/17/13 | J | A | |
| 186. Royce Opportunity - Retirement #8 | D | Dividend | L | T | Sold (part) | 07/12/13 | J | | |
| 187. Royce Opportunity - Retirement #8 | | None | | | Sold (part) | 12/17/13 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pratter, Gene E. | 04/11/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Schwab Money Market - Retirement #8 | A | Dividend | K | T | | | | | |
| 189. Third Avenue International Value - Retirement #8 | A | Dividend | L | T | Sold (part) | 12/17/13 | J | A | |
| 190. Turner Large Growth - Retirement #8 | | None | | | Sold | 11/04/13 | L | C | |
| 191. Westcore Intl Small Cap - Retirement #8 | B | Dividend | K | T | Sold (part) | 12/17/13 | J | B | |
| 192. Westcore Mid Cap Value - Retirement #8 | A | Dividend | L | T | Sold (part) | 12/17/13 | J | B | |
| 193. Westcore MIDCO Growth - Retirement #8 | D | Dividend | L | T | | | | | |
| 194. William Blair International Growth - Retirement #8 | B | Dividend | L | T | | | | | |
| 195. William Blair Large Cap Growth - Retirement #8 | D | Dividend | L | T | Sold (part) | 12/17/13 | J | C | |
| 196. William Blair Intl Small Growth - Retirement #8 | B | Dividend | K | T | | | | | |
| 197. BlackRock Low Duration - Retirement #8 | C | Dividend | M | T | | | | | |
| 198. Metropolitan West Total Return - Retirement #8 | D | Dividend | M | T | | | | | |
| 199. Thornburg Int'l Value - Retirement #8 | A | Dividend | K | T | | | | | |
| 200. William Blair Small Growth - Retirement #8 | D | Dividend | K | T | Sold (part) | 07/12/13 | J | A | |
| 201. William Blair Mid Growth - Retirement #8 | C | Dividend | L | T | | | | | |
| 202. Ivy Mid Growth - Retirement #8 | B | Dividend | L | T | | | | | |
| 203. DFA Global Real Estate - Retirement #8 | B | Dividend | L | T | | | | | |
| 204. EII Global Property - Retirement #8 | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pratter, Gene E. | 04/11/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205.  MainGate MLP - Retirement #8 | D | Dividend | M | T | | | | | |
| 206.  MainStay Marketfield - Retirement #8 | A | Dividend | K | T | Buy | 11/04/13 | K | | |
| 207.  RS Global Resources - Retirement #8 | B | Dividend | K | T | Buy (add'l) | 07/12/13 | J | | |
| 208.  Morgan Stanley AIP - Retirement #8 | | None | M | T | Buy | 12/27/13 | M | | |
| 209.  Equitable Variable Life - Alliance Common Stock | | None | M | T | Buy (add'l) | 01/25/13 | J | | |
| 210.  Equitable Variable Life - Alliance Common Stock | | None | | | Buy (add'l) | 04/24/13 | J | | |
| 211.  Equitable Variable Life - Alliance Common Stock | | None | | | Buy (add'l) | 07/31/13 | J | | |
| 212.  Equitable Variable Life - Alliance Common Stock | | None | | | Buy (add'l) | 10/24/13 | J | | |
| 213.  Equitable Variable Life - Alliance International | | None | K | T | Buy (add'l) | 01/25/13 | J | | |
| 214.  Equitable Variable Life - Alliance International | | None | | | Buy (add'l) | 04/24/13 | J | | |
| 215.  Equitable Variable Life - Alliance International | | None | | | Buy (add'l) | 07/31/13 | J | | |
| 216.  Equitable Variable Life - Alliance International | | None | | | Buy (add'l) | 10/24/13 | J | | |
| 217.  Carlyle Real Estate LLP | | None | | | Sold | 03/20/13 | K | A | |
| 218.  Wheeler Terrace LTD | | None | | | Sold | 05/21/13 | J | A | |
| 219.  PNC Bank Accounts | A | Dividend | J | T | | | | | |
| 220.  Nantucket Bank Account | A | Dividend | J | T | | | | | |
| 221.  Wescott Nova LP | | None | | | Sold | 10/29/13 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pratter, Gene E. | 04/11/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Gene E. Pratter**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544